No. 11–6616.  BLACKMER *v.* SOCIAL SECURITY ADMINISTRA-
TION.  C. A. 1st Cir.  Motion of petitioner for reconsideration of
order denying leave to proceed *in forma pauperis* [*ante*, p. 1051]
denied.

No. 11–7241.  OCHOA CANALES *v.* THALER, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-
TIONS DIVISION.  C. A. 5th Cir.;
No. 11–7255.  IN RE COLEMAN;
No. 11–7445.  SCHMIDT ET UX. *v.* NEW CENTURY MORTGAGE
CORP. ET AL.  C. A. 6th Cir.;
No. 11–7688.  BEY *v.* NORTH CAROLINA ET AL.  C. A. 4th Cir.;
No. 11–7787.  VEVEA *v.* UNITED STATES.  C. A. 9th Cir.; and
No. 11–7999.  IN RE DRIVER.  Motions of petitioners  for
leave to proceed *in forma pauperis* denied.  Petitioners are al-
lowed until February 7, 2012, within which to pay the docketing
fees required by Rule 38(a) and to submit petitions in compliance
with Rule 33.1 of the Rules of this Court.

No. 11–7890.  IN RE HELTON; and
No. 11–8003.  IN RE AYALA.  Petitions for writs of habeas cor-
pus denied.

No. 11–608.  IN RE RIVERA;
No. 11–7400.  IN RE BUSH; and
No. 11–7419.  IN RE BUTLER.  Petitions for writs of manda-
mus denied.

No. 10–760.  WEISHUHN *v.* CATHOLIC DIOCESE OF LANSING
ET AL.  Ct. App. Mich.  Certiorari denied.

No. 10–769.  SKRZYPCZAK *v.* ROMAN CATHOLIC DIOCESE OF
TULSA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–1488.  DERRY *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.
Certiorari denied.

No. 10–8952.  INNIS *v.* TUCKER, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.